# United States District Court
## Violation Notice

| | |
|---|---|
| CVB Location Code | M6H |
| Violation Number | F01L0005 |
| Officer Name | Gassman |
| Officer No. | 2444 |

F01L0005

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| | |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 11/03/2021 09:50 |
| Offense Charged | FED 36 CFR 261.13 |
| Place of Offense | BATTLE RIDGE |

Offense Description: Factual Basis for Charge
USED A PERSONALLY OWNED VEHICLE IN A CLOSED AREA TO THE PUBLIC, TO ENGAGE IN THE ACTIVITY OF HUNTING AND RETRIEVAL OF WILD GAME.

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| CORY | ANDREW | W |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | | |

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:          CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 466618B | MT | 2005 | NISS/ | ☐ | RED |

A ☐  IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X]  IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 2601 2nd Ave. North. Billings, MT 59101 | 03/15/2022 |
| | Time (hh:mm) 09:00 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Previous edition is obsolete         Original - CVB Copy         FS-5300-4 (7/05)

F01L0005

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on     11/03/2021     while exercising my duties as a law enforcement officer in the    _____    District of     MT    

Pursuant to 16USC 551: I received a report that a logger working on a timber sale project, on U.S. Forest Service lands, had used his personally owned vehicle to access areas closed to the public to harvest a bull elk. Through further investigation I was able to identify the hunter as Andrew CORY. CORY initially admitted to harvesting the elk in the travel restricted area, but denied using his personal vehicle inside that area. I later interviewed CORY again, after doing more investigations, and had received a witness statement detailing CORY's illegal use of a motor vehicle to harvest an elk. I informed CORY that it was not my intent to seize the elk, and that I wanted him to be honest with me about what actually happened. CORY stated that he did use his vehicle to access the area where the elk were, in the vehicle restricted area, and that he also used his vehicle to retrieve the elk as well. Driving his personally owned vehicle in the restricted area on two separate occasions. CORY stated the reason he lied was because he was worried about loosing the elk meat, but knew what he had done was wrong. I issued CORY a citation for violating 36 CFR 261.13, for illegally driving his personally owned vehicle into a restricted logging zone to hunt. This designated area was closed to all motor vehicle use by the general public.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:     11/03/2021    
Date (mm/dd/yyyy)     Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:    _____   
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident